THE STATE EX REL. SENSEL, APPELLEE AND CROSS-APPELLANT, *v.* LEONE, SUPERINTENDENT, APPELLANT AND CROSS-APPELLEE.

[Cite as *State ex rel. Sensel v. Leone* (1999), 85 Ohio St.3d 152.]

(No. 98–543—Submitted February 23, 1999—Decided March 31, 1999.)

*Sebaly, Shillito & Dyer, L.P.A., James A. Dyer* and *Leslie Blair Graden,* for appellee and cross-appellant.

*Ennis, Roberts & Fischer, L.P.A., William M. Deters II* and *William J. Ennis,* for appellant and cross-appellee.

*Baker & Hostetler, L.L.P., David L. Marburger* and *Christina N. Smith,* urging affirmance for *amicus curiae,* Ohio Coalition for Open Government.

*John E. Gotherman,* urging reversal for *amicus curiae,* Ohio Municipal League.

*C. Bronston McCord III*, urging reversal for *amicus curiae,* Ohio Township Association.

*Means, Bichimer, Burkholder & Baker Co., L.P.A., Kimball H. Carey* and *Katherine A. Francis,* urging reversal for *amici curiae,* Buckeye Association of School Administrators and Ohio School Boards Association.

———————

The judgment of the court of appeals is reversed. The judgment of the trial court is reinstated on the authority of *State ex rel. Beacon Journal Publishing Co. v. Whitmore* (1998), 83 Ohio St.3d 61, 697 N.E.2d 640.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.